UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH FRANKLIN, | Case No. CV 11-10029-GHK(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| M.D. BITER, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated:   3/6/13

_____
George H. King
Chief United States District Judge